No. 95–8038.  Hayes v. Spears, Warden, et al.  Ct. Crim. App. Okla.  Certiorari denied.

No. 95–8042.  Smith v. McBride, Superintendent, Westville Correctional Center.  C. A. 7th Cir.  Certiorari denied.

No. 95–8043.  Russell v. Norris, Director, Arkansas Department of Correction.  C. A. 8th Cir.  Certiorari denied.

No. 95–8045.  Ramer v. Johnson et al.  Sup. Ct. Okla.  Certiorari denied.

No. 95–8057.  Marks v. Herring, Commissioner, Alabama Department of Corrections, et al.  C. A. 11th Cir.  Certiorari denied.

No. 95–8059.  Minetti v. Local 9, International Longshoremen and Warehousemen Union, et al.  C. A. 9th Cir.  Certiorari denied.

No. 95–8063.  Bogan v. Sessions, Attorney General of Alabama, et al.  C. A. 11th Cir.  Certiorari denied.

No. 95–8067.  Gucikova v. Chrost.  App. Ct. Mass.  Certiorari denied.

No. 95–8068.  Hill v. San Mateo County Youth and Family Services Division.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 95–8069.  Hill v. California.  Ct. App. Cal., 3d App. Dist.  Certiorari denied.

No. 95–8073.  Dale v. Champion, Warden.  C. A. 10th Cir.  Certiorari denied.

No. 95–8074.  Green v. Mellon Bank, N. A.  C. A. 3d Cir.  Certiorari denied.

No. 95–8075.  Hamilton v. Fragoso et al.  C. A. 9th Cir.  Certiorari denied.